COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT
WORTH

 

 

NO. 2-10-152-CR

NO. 2-10-153-CR

 

 


 
 
 RUSSELL SMITH
 
 
 APPELLANT
 
 


 

V.

 


 
 
 THE STATE OF TEXAS
 
 
 STATE
 
 


 

------------

 

FROM THE 16TH
DISTRICT COURT OF DENTON COUNTY

 

------------

 

MEMORANDUM OPINION[1]

 

------------

 

          Appellant Russell Smith filed a pro se
notice of appeal from the March 23, 2010 judgments convicting him of assault–family
violence and tampering with a witness. 
On April 27, 2010, we notified Smith that the trial court’s
certifications of 








his
right to appeal had been filed under the date of April 27, 2010;[2]
that the certifications state these are plea bargain cases and he has no right
of appeal; and that the appeals may be dismissed unless he or any party desiring
to continue the appeals files a response showing grounds for continuing the
appeals with the court on or before May 7, 2010.  We have not received a response.  Therefore, in accordance with the trial
court’s certifications, we dismiss the appeals. 
See Tex. R. App. P. 25.2(a)(2), 43.2(f).

 

 

                                                                             PER CURIAM

 

 

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  August 5, 2010











[1]See Tex. R. App. P. 47.4.





[2]See Tex. R. App. P. 25.2(d).